GEORGE T. ELGIN, Respondent, v. WALTER L. JOHNSON, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Rhodes, J., not sitting.

JOHN WERLE, Appellant, v. FRED STOCKINGER and Others, Respondents.— Judgment affirmed, with costs. All concur, except Hill and Rhodes, JJ., who dissent and vote for reversal, on the law, and a new trial on the ground that the trial court erroneously excluded the admissions contained in a letter written by defendant's agent Lyons.

EMMA M. STOCK and Others, Appellants, v. WILLIAM DUNHAM MANN and Others, Defendants. NATHAN RICHMAN, Purchaser, Respondent.— Motion for stay denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CALEBRESSI, Indicted under the Name of FRANK SEINO, and JOSEPH SCIRE, Appellants.— Motion to dismiss appeal denied.

In the Matter of the Application for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of JOHN J. MCLOGHLIN, Deceased.— Decree unanimously affirmed, with costs to the administrators with the will annexed, payable out of the estate.

In the Matter of the Judicial Settlement of the Account of NATIONAL CITY BANK OF TROY and Another, as the Surviving Executors, etc., of ALIDA L. VAN SCHOONHOVEN, Late of the City of Troy, N. Y., Deceased.— Decree unanimously affirmed, with costs to all parties filing briefs, payable out of the estate.

OLIVER F. COUNTER, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant. EMMA COUNTER, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgments and orders reversed on the law, with costs, and complaints dismissed, with costs, in one action, on the ground that no negligence on the part of defendant was shown. All concur, except Rhodes, J., who dissents and votes for affirmance.

In the Matter of the Acquisition of Lands for a Water Supply by THE CITY OF ALBANY, under Chapter 643 of the Laws of 1926, etc., by the BOARD OF WATER SUPPLY OF CITY OF ALBANY, Respondent, of Parcel No. 62, Map Designated as Section No. 8, Owned by WILHELMINA KUNKE, Individually and as Administratrix of CARL KUNKE, Deceased, and Others, Owners and Claimants, Appellants.— Order unanimously affirmed, with costs.

HELEN S. PATRICK, as Administratrix, etc., of LAURA FRANCES HOYT, Deceased, Respondent, v. JAMES AXON, Appellant.— Judgment and order reversed on the facts, on the ground that the amount of the verdict is against the weight of the evidence and excessive, and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $5,460, in which event the judgment is so modified, and as modified the judgment and order are affirmed, without costs. All concur, except Rhodes, J., who votes for affirmance.